# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3501
_____

SKYLER D. JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

January 30, 2019


PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Skyler D. Jones, pro se, Appellant.

Ashley B. Moody, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.